UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL WRIGHT,<br><br>    Plaintiff,<br><br>    v.<br><br>J. LEWIS, et al.,<br><br>    Defendants. | No. 2:17-cv-260-KJM-EFB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On July 11, 2018, the court recommended that this action be dismissed after plaintiff failed to file an amended complaint in accordance with the court's May 1, 2018 screening order. ECF Nos. 11 & 16. In a filing dated July 5, 2018, but not docketed until July 12, 2018, plaintiff requested a 30-day extension of time to file an amended complaint. ECF No. 17. Good cause appearing, IT IS HEREBY ORDERED that:

1. The July 11, 2018 findings and recommendations (ECF No. 16) are vacated;
2. Plaintiff's request for an extension of time to file an amended complaint (ECF No. 17) is granted; and

/////

/////

/////

3. Plaintiff shall file an amended complaint within 30 days from the date of this order. Failure to so comply will result in another recommendation of dismissal for failure to prosecute.

Dated: July 16, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE