IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **DANIEL WEBSTER WRIGHT,**<br><br>                                         Plaintiff,<br><br>          v.<br><br>**J. LEWIS, et al.,**<br><br>                                         Defendants. | Case No. 2:17-cv-00260 KJM EFB (PC)<br><br>[~~PROPOSED~~] ORDER |

**GOOD CAUSE APPEARING,**

**IT IS ORDERED** that Defendants' Joint Motion to Modify the Scheduling order is GRANTED.  The last day to conduct depositions and file any motions to compel related to depositions is extended by ninety days, up to, and including, September 17, 2020.  The June 19, 2020 deadlines to conduct written discovery and file motions to compel regarding written discovery deadlines remain in place.  And, the dispositive motions deadline is extended by ninety-days, up to, and including December 3, 2020.

Dated:  April 16, 2020.

_/s/ Edmund F. Brennan_
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE