IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **DANIEL WEBSTER WRIGHT,**<br><br>                                    Plaintiff,<br><br>           v.<br><br>**J. LEWIS, et al.,**<br><br>                                    Defendants. | Case No. 2:17-cv-00260 KJM EFB (PC)<br><br>**[PROPOSED] ORDER** |

**GOOD CAUSE APPEARING,**

**IT IS ORDERED** that Defendants' Joint Motion to Modify the Scheduling order is GRANTED.  The last day to file motions to compel regarding written discovery already propounded is now August 15, 2020.  All other deadlines remain in place.

Dated:  July 6, 2020.

_____
The Honorable Edmund F. Brennan