IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**DANIEL WEBSTER WRIGHT,**

Plaintiff,

v.

**J. LEWIS, et al.,**

Defendants.

Case No. 2:17-cv-00260 KJM EFB (PC)

[PROPOSED] ORDER

**GOOD CAUSE APPEARING,**

**IT IS ORDERED** that Defendants' Ex Parte Application for Relief from Court Reporter Physical Presence Requirement Under Fed. Rule Civ. P. 28 is GRANTED.  The court reporter is not required to be in the same physical location as the Plaintiff deponent during his deposition.

Dated: July 30, 2020.

_____
The Honorable Edmund F. Brennan