IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANIEL WEBSTER WRIGHT,** | Case No. 2:17-cv-00260 KJM EFB (PC) |
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| **J. LEWIS, et al.,** | |
| Defendants. | |

**GOOD CAUSE APPEARING,**

**IT IS ORDERED** that Defendants' Third Joint Motion to Modify the Scheduling order is GRANTED.  The last day to file motions to compel for already propounded written discovery presently under dispute is December 17, 2020.  The last day to conduct depositions or file motions to compel related to any depositions is December 17, 2020.  And, the last day to file dispositive motions is now March 3, 2021.

Dated:  September 1, 2020.

_____
The Honorable Edmund F. Brennan