1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DANIEL WEBSTER WRIGHT,                    No.  2:17-cv-260-KJM-EFB P

12                   Plaintiff,

13         v.                                  ORDER

14   J. LEWIS, et al.,

15                   Defendants.

16

17         Plaintiff, a state prisoner proceeding pro se, has filed this civil action.  The matter was

18   referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local

19   Rule 302.

20         On July 8, 2020, the magistrate judge filed findings and recommendations, which were

21   served on all parties and which contained notice to all parties that any objections to the findings

22   and recommendations were to be filed within fourteen days.  Neither party has filed objections to

23   the findings and recommendations.

24         The court presumes that any findings of fact are correct.  *See Orand v. United States*,

25   602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed

26   de novo.  *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law

27   by the magistrate judge are reviewed de novo by both the district court and [the appellate] court

28   /////

                                           1

1    . . . .").  Having reviewed the file, the court finds the findings and recommendations to be

2    supported by the record and by the proper analysis.

3            Accordingly, IT IS HEREBY ORDERED that:

4            1.  The findings and recommendations filed July 8, 2020, are adopted in full;

5            2.  Defendants CSP-Sac and the Reasonable Accommodations Panel are dismissed; and

6            3.  This matter is referred back to the assigned magistrate judge for all further pretrial

7    proceedings.

8    DATED:  September 4, 2020.

9

10   _____

11   CHIEF UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2