UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL WEBSTER WRIGHT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. LEWIS, et al.,<br><br>　　　　Defendants. | No. 2:17-cv-0260-KJM-EFB P<br><br><br>ORDER |

　　　Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On August 11, 2020, defendants filed a motion to compel plaintiff to respond to their requests for production. ECF No. 53. On September 17, 2020, plaintiff responded to the motion, stating that he is waiting for permission from the prison "to go through the records in order to respond in a timely fashion." ECF No. 58. Good cause appearing, defendants' motion to compel (ECF No. 53) is granted. Plaintiff shall serve defendants with responses to their requests for production within 30 days from the date of service of this order.

　　　So ordered.

DATED: September 23, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE