UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL WEBSTER WRIGHT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J LEWIS, et al.,<br><br>　　　　Defendants. | No.  2:17-cv-00260 KJM JDP (PC)<br><br><br>ORDER |

　　　Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　On February 17, 2021, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  None of parties have filed objections to the findings and recommendations.

　　　The court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court

/////

. . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 17, 2017, are adopted in full;

2. This action is dismissed for failure to prosecute, failure to comply with court orders, and for failure to comply with the court's local rules. *See* ECF No. 65; and

3. The Clerk of Court be directed to close the case.

DATED: March 30, 2021.

CHIEF UNITED STATES DISTRICT JUDGE